UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

PHH MORTGAGE CORP.,

                    Plaintiff,                    **MEMORANDUM & ORDER**
                                                  25-CV-5373 (EK)(JMW)
              -against-

PIETRO RAIA et al.,

                    Defendants.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Wicks's Report and Recommendation (R&R) dated February 20, 2026.  ECF No. 26.  Judge Wicks recommends that plaintiff's motion for default be granted in part.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Wicks's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiff's motion for default judgment is granted, except as to attorneys' fees and the appointment of a referee.  The Clerk of Court is respectfully directed to enter judgment as follows: (i) awarding plaintiff damages in the amount of $435,988.91, consisting of

unpaid principal, accrued late fees, and default interest; and (ii) awarding plaintiff costs and disbursements in the amount of $1,205.00.  The Clerk of Court is further directed to remove defendants "John Does One through Twelve" from the caption. Plaintiff is directed to file a renewed application for attorneys' fees, with the required support outlined in the R&R, by March 26.  Also by March 26, plaintiff shall file a proposed appointment order and either a list of qualifications for Melissa Mohan, Esq., or three other potential referees.


        SO ORDERED.


                                    /s/ Eric Komitee
                                 ERIC KOMITEE
                                 United States District Judge



Dated:     March 12, 2026
           Brooklyn, New York

2