UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

PHH MORTGAGE CORP.,

                        Plaintiff,

              -against-

PIETRO RAIA et al.,

                     Defendants.

-------------------------------------x

**MEMORANDUM & ORDER**
25-CV-5373 (EK)(JMW)

ERIC KOMITEE, United States District Judge:

      The Court has received Magistrate Judge Wicks's Report and Recommendation (R&R) dated April 8, 2026.  ECF No. 31. Judge Wicks recommends that plaintiff's application for appointment of a referee be granted.  Neither party has filed objections and the time to do so has expired.[1]  Accordingly, the Court reviews Judge Wicks's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

      Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, Melissa Mohan, Esq. is appointed as the referee in this matter to effectuate

---

[1] On April 23, defendants Pietro Raia and Ann Marie Raia filed a letter, *see* ECF No. 33, in which they appear to object to the Court's grant of default judgment.  However, the time to object to Judge Wicks's February 20 R&R recommending that default judgment be entered has long since passed, and the Raias' objections are not relevant to the appointment of a referee.

the sale of the Property.  The Clerk of Court is respectfully

directed to amend the judgment and close this case.


SO ORDERED.


_/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge



Dated:    May 12, 2026
          Brooklyn, New York